**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-02239-REB-KMT
(Consolidated with Civil Action No. 11-cv-02361-REB-KMT

EDIE GARCIA, and
NICHOLE WITTER-GORTNER,

Plaintiffs,

v.

HOTEL POWERS, INC., d/b/a Hampton Inn,

Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#52][1] filed April 16, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved, and that this action should be dismissed with prejudice, with each party to pay its own costs and fees.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#52] filed April 16, 2013, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 16, 2013, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

[1] "[#52]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.